IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____
UNITED STATES OF AMERICA,

        Plaintiff,                                  11-CV-945S

    v.

MATTHEW M. MANIACE, heir to the
Estate of Deborah Ann Maniace a/k/a
Deborah Maniace, ET AL.,

        Defendants.
_____

## ORDER FOR SERVICE BY PUBLICATION ON ABSENT DEFENDANT

Upon the Petition of the plaintiff, upon all the pleadings and proceedings in this action, by all of which it appears to the satisfaction of this Court that plaintiff is in all respects entitled to the relief herein granted, it is:

ORDERED, that Plaintiff's Motion for Service by Publication on Absent Defendant (Docket No. 19) is GRANTED.

FURTHER, that pursuant to 28 U.S.C. § 1655, a copy of this Order together with a copy of the Summons, be served on "Any Unknown heirs, devises, distributees or successors in interest of the Estate of Deborah Ann Maniace a/k/a Deborah Maniace, if they be living and/or if they be dead, their spouses, heirs, devises, distributees, and successors in interest, all of whom and whose names and places of residence are known to Plaintiff" by publication once per week for six consecutive weeks in the Batavia Daily

News, a newspaper of general circulation in Genesee County, New York, where the real property is located.

SO ORDERED.

Dated: February 8, 2012
Buffalo, New York

                                              s/William M. Skretny
                                              WILLIAM M. SKRETNY
                                                  Chief Judge
                                          United States District Court