UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____
UNITED STATES OF AMERICA,

               Plaintiff,               11-CV-945S

    -v-

Matthew M. Maniace, heir to the Estate of
Deborah Ann Maniace aka Deborah Maniace,
LeeAnna S. Maniace, heir to the Estate of
Deborah Ann Maniace aka Deborah Maniace,
Justina S. Maniace, heir to the Estate of Deborah
Ann Maniace aka Deborah Maniace, Luis A.
Martinez on behalf Maria L. Martinez, as Guardian,
Rural Opportunities, Inc., The Estate of Charles
Lawrence Mancuso c/o Woods Oviatt Gilman
Colorado Capital Investments, Inc., Asset
Acceptance, LLC, New York State Department
of Taxation & Finance

               Defendants.
_____

## ORDER OF CONFIRMATION OF SALE

Upon reading the Affidavit of Gary M. Kanellis, Attorney for the Plaintiff, and upon all the pleadings and proceedings had herein, by all of which it appears to the satisfaction of the Court that the plaintiff is in all respects entitled to the relief herein granted, it is

ORDERED and ADJUDGED that the Report of Sale of the United States Marshal in this matter be and the same hereby is in all respects ratified and confirmed, and the sale therein mentioned be and hereby is absolute and binding forever.

DATED: Buffalo, New York, February 2, 2013.

                                                            s/William M. Skretny
                                                      WILLIAM M. SKRETNY
                                                             Chief Judge
                                             United States District Court